1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  KIMBERLY ERIN CASELMAN, on behalf of   )   Case No.: 14-CV-02383-LHK
    herself and all others similarly situated,   )
12                                          )   CASE MANAGEMENT ORDER
                                            )
13                  Plaintiff,              )
                                            )
14       v.                                 )
                                            )
15  PIER 1 IMPORTS (U.S.), INC., DOES ONE   )
    through TEN inclusive,                  )
16                                          )
                                            )
17                  Defendant.              )
                                            )
18

19  Plaintiff's Attorney: Elizabeth Kristen
    Defendant's Attorney: Laura Maechtlen

20       An initial case management conference was held on October 1, 2014.  A further case
    management conference was set for January 8, 2015, at 1:30 p.m.  The parties shall file their joint
21  case management statement by December 31, 2014.

22       The parties shall file a joint statement by October 15, 2014, that (1) sets a date for private
23  mediation and (2) identifies the mediator.  The deadline to complete private mediation was
    extended to February 27, 2015.
24

25       Defendant shall serve its response to Plaintiff's discovery requests by October 3, 2014.  The
    parties shall meet and confer by October 20, 2014.

26
         The parties shall agree to a schedule for initial depositions (estimated 4 for Plaintiff and 1
27  for Defendant) by October 20, 2014.  The parties shall file a joint deposition status update by
    October 24, 2014.
28

1

Case No.: 14-CV-02383-LHK
CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

The parties shall finalize the protective order by October 20, 2014.

2

The parties may stipulate to reciprocal additional hours for the depositions of Plaintiff and Defendant's 30(b)(6) witness(es).

3

4

The Court set the following case schedule:

5

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES is February 2, 2015.

DEADLINE TO COMPLETE PRIVATE MEDIATION is February 27, 2015.

6

7

CLASS CERTIFICATION MOTION shall be filed by April 9, 2015, and set for hearing no later than June 4, 2015, at 1:30 p.m.

8

FACT DISCOVERY CUTOFF is September 3, 2015.

9

EXPERT DISCOVERY:
    Opening Reports: October 1, 2015
    Rebuttal Reports: October 29, 2015
    Cutoff: November 19, 2015

10

11

DISPOSITIVE MOTIONS shall be filed by December 17, 2015, and set for hearing no later than February 11, 2016, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

12

13

PRETRIAL CONFERENCE DATE is March 31, 2016, at 1:30 p.m.

14

JURY TRIAL DATE is April 25, 2016, at 9 a.m. in courtroom 8, 4th floor.

15

TRIAL LENGTH is estimated to be 7 days.

16

**IT IS SO ORDERED.**

17

Dated: October 1, 2014

18

LUCY H. KOH
United States District Judge

19

20

21

22

23

24

25

26

27

28

2

Case No.: 14-CV-02383-LHK
CASE MANAGEMENT ORDER