UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KIMBERLY ERIN CASELMAN, on behalf of herself and all others similarly situated, | ) ) ) | Case No.: 14-CV-02383-LHK |
| Plaintiff, | ) ) | ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| PIER 1 IMPORTS (U.S.), INC., DOES ONE through TEN inclusive, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for decision without oral argument and hereby VACATES the motion hearing set for January 8, 2015, at 1:30 p.m. and CONTINUES the case management conference to April 1, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 7, 2015

LUCY H. KOH
United States District Judge

Case No.: 14-CV-02383-LHK
ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
For the Northern District of California