United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KIMBERLY ERIN CASELMAN, on behalf of herself and all others similarly situated, | ) ) ) | Case No.: 14-CV-02383-LHK |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION HEARING** |
| v. | ) ) | |
| PIER 1 IMPORTS (U.S.), INC., DOES ONE through TEN inclusive, | ) ) ) | |
| Defendant. | ) ) | |

The Court adopts the parties' stipulation.  *See* ECF No. 74.  Accordingly, the Court hereby

CONTINUES the case management conference and the hearing on Plaintiff's Motion for Leave to

File a Second Amended Complaint from April 2, 2015, at 1:30 p.m. to May 7, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
LUCY H. KOH
United States District Judge