UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY ERIN CASELMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS (U.S.), INC., DOES ONE through TEN inclusive,<br><br>Defendant. | Case No.: 14-CV-02383-LHK<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

In light of Plaintiff's notice of withdrawal of motion, ECF No. 79, the Court hereby DENIES as moot Plaintiff's Motion for Leave to File Second Amended Complaint, ECF No. 63, and VACATES the hearing on that motion set for May 7, 2015, at 1:30 p.m.  The case management conference on that date remains as set.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02383-LHK
ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT