1  Elizabeth Kristen, State Bar No. 218227
2  Sharon Terman, State Bar No. 237236
   THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
4  Telephone:   (415) 864-8848
   Facsimile:    (415) 593-0096
5  Emails:        ekristen@las-elc.org, sterman@las-elc.org

6  Attorneys for Plaintiff KIMBERLY ERIN CASELMAN

7  Michael J. Burns (SBN 172614)
   Email:  mburns@seyfarth.com
8  Laura Maechtlen (SBN 224923)
9  E-mail: lmaechtlen@seyfarth.com
   SEYFARTH SHAW LLP
10 560 Mission Street, 31st Floor
   San Francisco, California 94105
11 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
12
   Julie G. Yap (SBN 243450)
13 Email:  jyap@seyfarth.com
   Geoffrey C. Westbrook (SBN281961)
14 E-mail: gwestbrook@seyfarth.com
   SEYFARTH SHAW LLP
15 400 Capitol Mall, Suite 2350
16 Sacramento, California 95814-4428
   Telephone: (916) 448-0159
17 Facsimile: (916) 558-4839

18 Attorneys for Defendant PIER 1 IMPORTS (U.S.), INC.

**IT IS SO ORDERED**
Judge Lucy H. Koh

19                        **UNITED STATES DISTRICT COURT**
20                        **NORTHERN DISTRICT OF CALIFORNIA**

21 KIMBERLY ERIN CASELMAN, on behalf      Case No. 5:14-cv-02383-LHK-PSG
   of herself and all others similarly situated,
22
23            Plaintiff,                   **STIPULATION FOR
                                           DISMISSAL WITH PREJUDICE**
24       v.
25
   PIER 1 IMPORTS (U.S.), INC., DOES ONE
26 through TEN inclusive,
27            Defendants.
28

{00439058.DOC}                    1              No. 5:14-cv-02383-LHK-PSG
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Erin Caselman and Defendant Pier 1 Imports (U.S.), Inc., through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to Ms. Caselman's individual claims only. This stipulation shall be without prejudice as to any claims of putative class members other than Plaintiff Caselman.

SO STIPULATED.

The Clerk shall close the case file.

DATED:   July 27, 2015          SEYFARTH SHAW LLP


By   /s/Geoffrey Westbrook
    Michael J. Burns
    Laura J. Maechtlen
    Geoffrey C. Westbrook
    Julie G. Yap

Attorneys for Defendants
PIER 1 IMPORTS (U.S.), INC.


DATED:   July 27, 2015          THE LEGAL AID SOCIETY -
                                                 EMPLOYMENT LAW CENTER


By   /s/Sharon Terman
    Elizabeth Kristen
    Sharon Terman

Attorneys for Plaintiff
KIMBERLY ERIN CASELMAN

STIPULATION FOR DISMISSAL WITH PREJUDICE